**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**03-1617**

**BRADLEY STEWART**
**VERSUS**
**KIMBERLY LAPPERT**

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
DISTRICT COURT,
PARISH OF CONCORDIA, NO. 38466,
HONORABLE KATHY JOHNSON, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**ELIZABETH A. PICKETT**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Billie C. Woodard, Jimmie C. Peters, and Elizabeth A. Pickett, Judges.

**APPEAL DISMISSED.**

**Philip A. Letard**
**Post Office Box 187**
**Vidalia, LA 71373**
**(318) 336-8990**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
    **Bradley Stewart**

**Paul Lemke**
**Post Office Box 595**
**Harrrisonburg, LA 71340**
**(318) 744-5431**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Kimberly Lappert**